**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

JEREMY BLANK,

    Plaintiff,

    v.                                                 Case No. 19-cv-534

TAMMY POESCHL,

    Defendant.

## ORDER

On January 10, 2020, plaintiff Jeremy Blank filed a motion to compel seeking "any grievances…ever filed against [the defendant] with the Department of Corrections and any other governmental entity, including any state or federal court in any state." (ECF No. 19 at 2.) Defendant objects to the motion explaining that Blank's request is irrelevant at this stage in the litigation because it relates to "credibility," is overly broad, and inmate complaints are generally "confidential" and not provided to other inmates. (ECF No. 22.)

Blank's lawsuit involves First Amendment retaliation at the Redgranite Correctional Institution; thus, the court agrees that Blank's request for any grievances ever filed against the defendant in any agency in any jurisdiction is overly broad. Nevertheless, the court believes that other inmate grievances filed against defendant involving retaliation at Redgranite Correctional Institution is

relevant to show defendant's standard practice when there is a dispute over extra library hours.

Defendant states that Blank should not have the inmate grievances *yet* and that inmate complaints are generally "confidential" but does not clearly explain why. For example, she does not identify any superseding reason (such as legitimate security concerns or employee privacy issues) that should prevent Blank from having the inmate grievances now. Thus, the court will grant Blank's motion to compel but will limit his request to inmate grievances involving First Amendment retaliation filed against defendant while she worked at Redgranite Correctional Institution.

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff's motion to compel discovery (ECF No. 18) is **GRANTED**. The defendant should produce all inmate grievances involving First Amendment retaliation filed against defendant while she worked at Redgranite Correctional Institution.

Dated at Milwaukee, Wisconsin this 16th day of March, 2020.

BY THE COURT:

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge